Bernard MCFADDEN, Plaintiff-Appellant,

v.

Edward BITTINGER, Captain and/or Disciplinary Hearing Officer of Kershaw CI; Tony Smith, Captain of Kershaw CI, in their individual or personal capacities, Defendants-Appellees.

No. 17-6772

United States Court of Appeals, Fourth Circuit.

Submitted: October 17, 2017

Decided: October 20, 2017

Bernard McFadden, Appellant Pro Se. Michelle Parsons Kelley, RICHARDSON PLOWDEN, Columbia, South Carolina, for Appellees.

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard McFadden appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying his motion to alter or amend the judgment, Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McFadden v. Bittinger*, No. 2:15-cv-02507-JMC, 2017 WL 1044845 (D.S.C. Mar. 20, 2017 & May 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*